PIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CAUSEMEDIC, LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | No. 3:19−cv−00432−TAV−HBG |
| | ) | |
| | ) | |
| | ) | |
| HEAVENLYRX, LTD. | ) | |
| (a/k/a HEAVENLY RX, LTD.) | ) | |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF CAUSEMEDIC, LLC'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Causemedic, LLC ("Plaintiff"), by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice of Dismissal of its claims against Defendant HeavenlyRX, LTD (a/k/a Heavenly RX, Ltd.), with said dismissal being voluntary and with prejudice.

Respectfully submitted this 15th day of November 2019.

By: s/Jared S. Garceau
Chris W. McCarty, Esq., BPR No. 025551
Jared S. Garceau, Esq. BPR No. 033304
Lewis, Thomason, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
865-546-4646
jgarceau@lewisthomason.com
cmccarty@lewisthomason.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 15th day of November 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                s/Jared S. Garceau
                Jared S. Garceau, Esq., BPR No. 0333304